```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 05613
   COREY MCCOLLUM
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-8973


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 03/10/2008 and was not confirmed.

     The case was dismissed without confirmation 07/24/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------------
TCF BANK                   UNSECURED         NOT FILED          .00           .00
SPRINT PCS                 UNSECURED         NOT FILED          .00           .00
TRINITY NATIONAL EMERGEN   UNSECURED         NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED          3220.00           .00           .00
WOW INTERNET & CABLE SER   UNSECURED         NOT FILED          .00           .00
AT&T BROADBAND             UNSECURED         NOT FILED          .00           .00
AT&T BROADBAND             UNSECURED         NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           512.02           .00           .00
MEDICAL BUSINESS BUREAU    UNSECURED         NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           634.68           .00           .00
ST MARGARET MERCY HOSPIT   UNSECURED         NOT FILED          .00           .00
ST MARGARET MERCY HOSPIT   UNSECURED         NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           422.96           .00           .00
ECMC                       UNSECURED          7482.59           .00           .00
SALLIE MAE                 UNSECURED         NOT FILED          .00           .00
ILLINOIS TITLE LOANS       SECURED VEHIC       435.00           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY          10000.00           .00           .00
LAKE COUNTY CHILD SUPPOR   DSO ARREARS       NOT FILED          .00           .00
LAKE COUNTY CHILD SUPPOR   UNSECURED         NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED           280.00           .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY         366.14                       336.85
TOM VAUGHN                 TRUSTEE                                           29.29
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              366.14

PRIORITY                                    .00
SECURED                                     .00
UNSECURED                                   .00
ADMINISTRATIVE                           336.85
TRUSTEE COMPENSATION                      29.29

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 05613 COREY MCCOLLUM
```

```
DEBTOR REFUND                                                              .00
                                            ---------------    ---------------
TOTALS                                              366.14             366.14
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                         /s/ Tom Vaughn
Dated: 10/29/08                          _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE
```